UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Seymour Wasserstrum, Esquire
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300
(f)856-696-3586
MyLawyer7@aol.com

Order Filed on March 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Wayne Tomlin
Tricia Tomlin

| | |
|---|---|
| Case No.: | 19-27662 |
| Chapter: | JNP |
| Judge: | 13 |

## ORDER AUTHORIZING RETENTION OF

Daniel E. Rosner, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: March 12, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain    Daniel E. Rosner, Esquire
as    Special Counsel   , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Rosner Law Offices, P.C.
311 W. Landis Ave.
Vineland, NJ 08360

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 19-27662-JNP
Wayne L. Tomlin, Sr.    Chapter 13
Tricia J Tomlin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Mar 12, 2021    Form ID: pdf903    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne L. Tomlin, Sr., Tricia J Tomlin, 406 F. Street, Millville, NJ 08332-2138 |
| aty | + | Daniel E. Rosner, 311 Landis Avenue, Vineland, NJ 08360-8104 |
| aty | + | Matthew L. Capone, Rosner Law Office, 311 W Landis Ave, Vineland, NJ 08360-8104 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf903 | Total Noticed: 3 |

Seymour Wasserstrum
       on behalf of Debtor Wayne L. Tomlin Sr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
       on behalf of Joint Debtor Tricia J Tomlin mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7