UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Wayne Tomlin  
and  
Tricia Tomlin

Case No.: _____19-27662_____  
Chapter: _____13_____  
Judge: _____JNP_____

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Wayne and Tricia Tomlin_____, _____Debtors_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  
US Bankruptcy Court,  
District of New Jersey  
PO Box 2067  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny Jr._____ on _____June 8, 2021_____ at __11__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, _____401 Market St., Camden, NJ 08101_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  
Settlement of Personal Injury Action

Pertinent terms of settlement:  
Gross Settlement $ 38,000.00  
Out of Pocket Expenses owed to Rosner & Tucker PC $   241.35  
Special Counsels Attorney Fees $  12,586.21  
Medical Liens $    100.00  
Net Proceeds to Debtor $  25,072.44

Objections must be served on, and requests for additional information directed to:

Name: Seymour Wasserstrum, Esquire

Address: 205 W. Landis Avenue, Vineland, NJ 08360

Telephone No.: 856-696-8300

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Wayne L. Tomlin, Sr.  
Tricia J Tomlin  
    Debtors

Case No. 19-27662-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: pdf905 | Total Noticed: 47 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne L. Tomlin, Sr., Tricia J Tomlin, 406 F. Street, Millville, NJ 08332-2138 |
| aty | + | Daniel E. Rosner, 311 Landis Avenue, Vineland, NJ 08360-8104 |
| aty | + | Matthew L. Capone, Rosner Law Office, 311 W Landis Ave, Vineland, NJ 08360-8104 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518551185 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518461265 | + | Law Offices Of Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 518712585 | | MidFirst Bank, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518461268 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518523852 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 518461269 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518470337 | | Ollo card services, PO Box 66371, Dallas, TX 75266 |
| 518496581 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518461274 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518461272 | + | Santander, 8585 North Stemmons Freeway, Ste 1100-N, Dallas, TX 75247-3822 |
| 518502183 | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518461273 | + | Selip & Stylianou LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 518461277 | + | TBOM Retail, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 518461278 | | TD Bank, 1707 ROUTE 70 E, Cherry Hill, NJ 08003 |
| 518470340 | | TD Bank/Target, 1707 ROUTE 70 E, Cherry Hill, NJ 08003 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518563929 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 21:56:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518470336 | + | Email/Text: tracey.gregoire@millvillenj.gov | May 07 2021 20:37:00 | City Of Millville Tax Collector, P.O. Box 609, Millville, NJ 08332-0609 |
| 518461258 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2021 20:37:00 | Comenity - HSN, PO Box 183043, Columbus, OH 43218-3043 |
| 518461259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2021 20:37:00 | Comenity Capital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518534726 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2021 21:55:04 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 19-27662-JNP    Doc 44    Filed 05/09/21    Entered 05/10/21 00:22:56    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: pdf905 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 518461260 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 07 2021 20:38:00 | Hyundai Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708 |
| 518493833 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 07 2021 20:38:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518461263 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 07 2021 20:36:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518461264 | + Email/Text: PBNCNotifications@peritusservices.com | May 07 2021 20:36:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518461266 | + Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 21:56:12 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 518558607 | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 21:55:20 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518549292 | + Email/Text: bankruptcydpt@mcmcg.com | May 07 2021 20:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, Ml 48090-2011 |
| 518598844 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 07 2021 21:55:10 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518593278 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 07 2021 21:56:03 | MidFirst Bank,, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518461267 | + Email/Text: bankruptcydpt@mcmcg.com | May 07 2021 20:37:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 518461271 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:55:17 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519012213 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:56:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012214 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:56:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518544129 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:55:17 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518461270 | + Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:55:09 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518571134 | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 20:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518564270 | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 20:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518506753 | + Email/Text: bncmail@w-legal.com | May 07 2021 20:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518461275 | + Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:56:01 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518461276 | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:56:01 | Syncb/Wal-Mart, Po Box 956024, Orlando, FL 32896-5024 |
| 518464073 | + Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:56:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518461262 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518461261 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518598843 | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Joint Debtor Tricia J Tomlin cwoerner@seymourlaw.net |
| Cory Francis Woerner | on behalf of Debtor Wayne L. Tomlin Sr. cwoerner@seymourlaw.net |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Tricia J Tomlin mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Wayne L. Tomlin Sr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9