**Cory F. Woerner, Esq. 296702019**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com
Cwoerner@Seymourlaw.net

**Order Filed on June 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE**

| In re:<br>  Wayne Tomlin<br>  Tricia Tomlin<br><br>                    Debtor(s) | Case No.:        19-27662-JNP<br><br>Hearing Date:   June 8, 2021<br>                 11:00 AM<br><br>Chapter:          13<br>Motion to Approve Settlement of<br>Claim and Distribution of Proceeds |
|---|---|

**ORDER APPROVING SETTLEMNT OF PERSONAL INJURY CASE
AND DISTRIBUTION OF PROCEEDS**

   The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: June 8, 2021**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor:** Wayne and Tricia Tomlin
**Case No.:** 19-27662-JNP
**Caption of Order:** Approval of Settlement and Distribution of Proceeds

Upon the consideration of the motion of Tricia Tomlin for an Order Approving the Settlement of a Personal Injury Action and Distribution of Proceeds related thereto, and for good cause, it is hereby **ORDERED AND AJUDGED** that:

1. The following disbursements from the Debtor's claim are hereby allow:

| | |
|---|---|
| **Gross Settlement** | **$ 38,000.00** |
| **Out of Pocket Expenses owed to Rosner & Tucker PC** | $ 241.35 |
| **Special Counsel's Attorney Fees** | $ 12,586.21 |
| **Medical Liens** | $ 100.00 |
| **Net Proceeds to Debtor** | $ 25,072.44 |

2. The Debtor's claim of exemptions in the amount $ 25,072.44 pursuant to §522(d)(11)(D) is allowed.

3. Debtor's Counsel shall file amended schedules A/B and C within 14 days of this order.