**Cory F. Woerner, Esq. 296702019**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com
Cwoerner@Seymourlaw.net

Order Filed on June 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| In re:  Wayne Tomlin  Tricia Tomlin  Debtor(s) | Case No.: 19-27662-JNP  Hearing Date: June 8, 2021  11:00 AM  Chapter: 13  Motion to Approve Settlement of Claim and Distribution of Proceeds |
|---|---|

**ORDER APPROVING SETTLEMNT OF PERSONAL INJURY CASE**
**AND DISTRIBUTION OF PROCEEDS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 8, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor:** Wayne and Tricia Tomlin
**Case No.:** 19-27662-JNP
**Caption of Order:** Approval of Settlement and Distribution of Proceeds

Upon the consideration of the motion of Tricia Tomlin for an Order Approving the Settlement of a Personal Injury Action and Distribution of Proceeds related thereto, and for good cause, it is hereby **ORDERED AND AJUDGED** that:

1. The following disbursements from the Debtor's claim are hereby allow:

| | |
|---|---|
| **Gross Settlement** | **$ 38,000.00** |
| **Out of Pocket Expenses owed to Rosner & Tucker PC** | $ 241.35 |
| **Special Counsel's Attorney Fees** | $ 12,586.21 |
| **Medical Liens** | $ 100.00 |
| **Net Proceeds to Debtor** | $ 25,072.44 |

2. The Debtor's claim of exemptions in the amount $ 25,072.44 pursuant to §522(d)(11)(D) is allowed.

3. Debtor's Counsel shall file amended schedules A/B and C within 14 days of this order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27662-JNP |
| Wayne L. Tomlin, Sr. | Chapter 13 |
| Tricia J Tomlin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne L. Tomlin, Sr., Tricia J Tomlin, 406 F. Street, Millville, NJ 08332-2138 |
| aty | + | Daniel E. Rosner, 311 Landis Avenue, Vineland, NJ 08360-8104 |
| aty | + | Matthew L. Capone, Rosner Law Office, 311 W Landis Ave, Vineland, NJ 08360-8104 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2021                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | |
| | on behalf of Joint Debtor Tricia J Tomlin cwoerner@seymourlaw.net |
| Cory Francis Woerner | |
| | on behalf of Debtor Wayne L. Tomlin  Sr. cwoerner@seymourlaw.net |
| Denise E. Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdf903 | Total Noticed: 3 |

                ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
                on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Seymour Wasserstrum
                on behalf of Debtor Wayne L. Tomlin  Sr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
                on behalf of Joint Debtor Tricia J Tomlin mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9