| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Wayne L. Tomlin Sr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4337<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Tricia J Tomlin<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8489<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  19–27662–JNP | | |

## Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wayne L. Tomlin Sr.                    Tricia J Tomlin


<u>11/4/22</u>                                      **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27662-JNP |
| Wayne L. Tomlin, Sr. | Chapter 13 |
| Tricia J Tomlin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne L. Tomlin, Sr., Tricia J Tomlin, 406 F. Street, Millville, NJ 08332-2138 |
| aty | + | Daniel E. Rosner, 311 Landis Avenue, Vineland, NJ 08360-8104 |
| aty | + | Matthew L. Capone, Rosner Law Office, 311 W Landis Ave, Vineland, NJ 08360-8104 |
| 518461265 | + | Law Offices Of Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 518712585 | | MidFirst Bank, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518470337 | | Ollo card services, PO Box 66371, Dallas, TX 75266 |
| 518461273 | + | Selip & Stylianou LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 518461274 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518461277 | + | TBOM Retail, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 518461278 | | TD Bank, 1707 ROUTE 70 E, Cherry Hill, NJ 08003 |
| 518470340 | | TD Bank/Target, 1707 ROUTE 70 E, Cherry Hill, NJ 08003 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2022 20:41:00 | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518563929 | + | EDI: AIS.COM | Nov 05 2022 00:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518551185 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2022 20:50:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518470336 | + | Email/Text: tracey.gregoire@millvillenj.gov | Nov 04 2022 20:40:55 | City Of Millville Tax Collector, P.O. Box 609, Millville, NJ 08332-0609 |
| 518461258 | | EDI: WFNNB.COM | Nov 05 2022 00:33:00 | Comenity - HSN, PO Box 183043, Columbus, OH 43218-3043 |
| 518461259 | + | EDI: WFNNB.COM | Nov 05 2022 00:33:00 | Comenity Capital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518534726 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2022 20:50:17 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518461260 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 04 2022 20:41:00 | Hyundai Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708 |
| 518493833 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 04 2022 20:41:00 | Hyundai Lease Titling Trust, PO Box 20809, |

| Case 19-27662-JNP | Doc 56 | Filed 11/06/22 | Entered 11/06/22 23:14:02 | Desc Imaged |
| --- | --- | --- | --- | --- |
| | | Certificate of Notice | Page 4 of 6 | |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 47 |

| ID | | Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Fountain Valley, CA 92728-0809 |
| 518461263 | + | EDI: IRS.COM | Nov 05 2022 00:33:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518461264 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2022 20:40:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518461266 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 20:50:39 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 518558607 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 20:50:37 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518549292 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 20:40:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, Ml 48090-2011 |
| 518598844 | + | EDI: AISMIDFIRST | Nov 05 2022 00:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518593278 | + | EDI: AISMIDFIRST | Nov 05 2022 00:33:00 | MidFirst Bank,, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518461267 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 20:40:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 518461268 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2022 20:40:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518523852 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2022 20:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 518461269 | ^ | MEBN | Nov 04 2022 20:36:38 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518461271 | | EDI: PRA.COM | Nov 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519012213 | | EDI: PRA.COM | Nov 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012214 | | EDI: PRA.COM | Nov 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518544129 | | EDI: PRA.COM | Nov 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518461270 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518571134 | | EDI: Q3G.COM | Nov 05 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518564270 | | EDI: Q3G.COM | Nov 05 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518496581 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2022 20:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518506753 | + | Email/Text: bncmail@w-legal.com | Nov 04 2022 20:41:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518461272 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2022 20:41:00 | Santander, 8585 North Stemmons Freeway, Ste 1100-N, Dallas, TX 75247-3822 |
| 518502183 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2022 20:41:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |

Case 19-27662-JNP    Doc 56    Filed 11/06/22    Entered 11/06/22 23:14:02    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 47 |

| 518461275 | + EDI: RMSC.COM | Nov 05 2022 00:33:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518461276 | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Syncb/Wal-Mart, Po Box 956024, Orlando, FL 32896-5024 |
| 518464073 | + EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518461262 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518461261 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518598843 | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Cory Francis Woerner | on behalf of Joint Debtor Tricia J Tomlin Cwoerner@newjerseybankruptcy.com |
| Cory Francis Woerner | on behalf of Debtor Wayne L. Tomlin  Sr. Cwoerner@newjerseybankruptcy.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 47 |

Seymour Wasserstrum
        on behalf of Joint Debtor Tricia J Tomlin mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
        on behalf of Debtor Wayne L. Tomlin  Sr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11